IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIGUEL LOPEZ-VALDEZ, :
:
    Petitioner :
: CIVIL ACTION NO. 3:19-CV-0644
    v. :
: (Judge Caputo)
D.K. WHITE, WARDEN, :
:
    Respondent :

**O R D E R**

**AND NOW**, this **28th** day of **JUNE 2019**, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. Mr. Lopez-Valdez's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court shall **CLOSE** this case.

                                  /s/ A. Richard Caputo
                                **A. RICHARD CAPUTO**
                                **United States District Judge**